(Official Form 1) (1/08)

| United States Bankruptcy Court for the District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Sharper Image Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>The Sharper Image | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 94-2493558 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>Sharper Image Corporation<br>350 The Embarcadero, 6th Floor<br>San Francisco, California<br>ZIP CODE 94105 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>San Francisco | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): Various<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information  UNDETERMINED**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Official Form 1) (1/08)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Sharper Image Corporation |
|---|---|

| All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: N/A | Case Number: N/A | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: N/A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

(Official Form 1) (1/08)

FORM B1, Page 3

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Sharper Image Corporation |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *Steven K. Kortanek* (signed)
Signature of Attorney for Debtor(s)

Steven K. Kortanek
Printed Name of Attorney for Debtor(s)

Womble Carlyle Sandridge & Rice, PLLC
Firm Name

222 Delaware Avenue, Suite 1501
Address

Wilmington Delaware 19081

(302) 252-4320
Telephone Number

_____
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signed)_
Signature of Authorized Individual

Rebecca L. Roedell
Printed Name of Authorized Individual

Executive Vice President and Chief Financial Officer
Title of Authorized Individual

02/19/08
Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
            :
In re:      :   Chapter 11
            :
SHARPER IMAGE CORPORATION,   :   Case No. 08-_____ (___)
            :
Debtor.     :
            :
            :
------------------------------------------------------------x

## EXHIBIT "A" TO VOLUNTARY PETITION

1. The Debtor has securities registered under Section 12 of the Securities and Exchange Act of 1934. The Debtor's SEC file number is 0-15827.

2. The following financial data is the latest available information and refers to the debtor's condition on January 31, 2008.

   a. Total assets                                              $251,500,000

   b. Total debts (including debts listed in 2.c., below)       $199,000,000

                                                                Approximate
                                                                number of
                                                                holders

   c. Debt securities held by more than 500 holders.  None

      secured ☐   unsecured ☐   subordinated ☐   $_____   _____
      secured ☐   unsecured ☐   subordinated ☐   $_____   _____
      secured ☐   unsecured ☐   subordinated ☐   $_____   _____
      secured ☐   unsecured ☐   subordinated ☐   $_____   _____

   d. Number of shares of preferred stock    None

   e. Number of shares of common stock    15,172,523                    .

      Comments, if any:_____
      _____
      _____

3. Brief description of debtor's business: Sharper Image is a multi-channel specialty retailer that is nationally and internationally renowned as a leading source of new, innovative, high-quality products. Sharper Image's business is discussed in more detail in the Declaration of Rebecca L. Roedell In Support of the Debtor's Chapter 11 Petition and Request for First Day Relief.

_____
_____

      4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: <u>Franklin Resources, Inc.; Capital World Investors; Dimensional Fund Advisors LP; Royce & Associates LLC; Sun Capital Securities; and Starboard Value and Opportunity Master Fund (aka Ramius).</u>

## CERTIFICATE OF RESOLUTIONS

I, Rebecca L. Roedell, Executive Vice President and Chief Financial Officer of Sharper Image Corporation, a Delaware corporation (the "Company"), hereby certify that at a special meeting of the Board of Directors of the Company (the "Board") duly called and held on February 19, 2008, the following resolutions were adopted in accordance with the requirements of the Delaware General Corporation Law and that these resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

> RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

> RESOLVED, that the Chief Executive Officer and Chief Financial Officer and any other person designated and so authorized to act (each, an "Authorized Officer") of the Company be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as the Authorized Officer executing the petition shall determine; and it is further

> RESOLVED, that the law firm of Weil, Gotshal & Manges LLP be, and hereby is, employed as attorneys for the Company under a general retainer in the Company's chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

> RESOLVED, that the law firm of Womble Carlyle Sandridge & Rice, PLLC be, and hereby is, employed as attorneys for the Company under a general retainer in the Company's chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

> RESOLVED, that the firm of Conway Del Genio Gries & Co., LLC, be, and hereby is, employed to provide restructuring management services for the Company, subject to the approval of the Bankruptcy Court; and it is further

> RESOLVED, that Robert P. Conway, be, and hereby is, elected as the Chief Executive Officer until his successor shall be duly elected; and it is further

RESOLVED, that any Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that in connection with the commencement of the chapter 11 case by the Company, any Authorized Officer be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver agreements for the use of cash collateral and postpetition financing in connection with the Company's chapter 11 case, including the granting of liens to such lender(s) to such agreement(s), and to take such additional action and to execute and deliver each other agreement, instrument, or document to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and it is further

RESOLVED, that any Authorized Officer and such other officers of the Company as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company's businesses; and it is further

RESOLVED, that in connection with the commencement of the chapter 11 case by the Company, the Authorized Officers be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company, to adopt a plan of reorganization or pursue a sale transaction as such officer or officers executing the same may consider necessary, proper, or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates; and

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer or the Directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of February 2008.

By: *[signature]*
Rebecca L. Roedell
Title: Executive Vice President and Chief Financial Officer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
SHARPER IMAGE CORPORATION, : Case No. 08-_____ (___)
:
Debtor. :
:
---------------------------------------------------------------x

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims.[1] The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| United Parcel Service<br>PO Box 660586<br>Dallas, TX 75266-0586 | United Parcel Service<br>PO Box 660586<br>Dallas, TX 75266-0586<br>Attn: Amy Burwell<br>Tel: 214-323-7408<br>Fax: 214-323-7400 | Trade Debt | | $6,654,431.00 |
| Quebecor World (USA) Inc.<br>3700 NW 12th Street<br>Lincoln, NE 68521 | Quebecor World (USA) Inc.<br>3700 NW 12th Street<br>Lincoln, NE 68521<br>Attn: Larry Rigby<br>Tel: 402-474-5824<br>Fax: 402-474-5830 | Trade Debt | | $3,636,484.00 |
| Tom Tom, Inc.<br>1915 Paysphere Circle<br>Chicago, IL 60674 | Tom Tom, Inc.<br>1915 Paysphere Circle<br>Chicago, IL 60674<br>Attn: Kim Jackson<br>Tel: 609-865-9874<br>Fax: 215-563-2257 | Trade Debt | | $2,075,439.00 |

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Garmin International, Inc.<br>PO Box 842603<br>Kansas City, MO  64184-2603 | Garmin International, Inc.<br>PO Box 842603<br>Kansas City, MO  64184-2603<br>Attn: Doug Jones<br>Tel: 913-397-8200<br>Fax: 913-397-8282 | Trade Debt | | $2,070.133.00 |
| Novus Print Media Inc.<br>SDS 12-0664<br>PO Box 86<br>Minneapolis, MN  55486-0664 | Novus Print Media Inc.<br>SDS 12-0664<br>PO Box 86<br>Minneapolis, MN  55486-0664<br>Attn: Accounts Payable<br>Tel: 763-476-7700<br>Fax: 763-476-7701 | Trade Debt | | $1,738,481.00 |
| NEW<br>22660 Executive Dr., STE 122<br>Sterling, VA  20166 | NEW<br>22660 Executive Dr., STE 122<br>Sterling, VA  20166<br>Attn: David Brosserman<br>Tel: 800-942-8763<br>Fax: N/A | Trade Debt | | $1,669,471.00 |
| Interactive Health<br>330 Walnut Ave<br>Long Beach, CA  90807 | Interactive Health<br>330 Walnut Ave<br>Long Beach, CA  90807<br>Attn: Craig Womack<br>Tel: 562-733-7349<br>Fax: 562-426-7127 | Trade Debt | | $965,950.00 |
| Philips Consumer Electronics<br>PO Box 846161<br>DPT 1B 2234353<br>Dallas, TX  75284-6161 | Philips Consumer Electronics<br>PO Box 846161<br>DPT 1B 2234353<br>Dallas, TX  75284-6161<br>Attn: Rich Sargente<br>Tel: 951-943-4035<br>Fax: 951-943-7056 | Trade Debt | | $913,399.00 |
| SkyMall, Inc.<br>PO Box 52854<br>Phoenix, AZ  85072-2854 | SkyMall, Inc.<br>PO Box 52854<br>Phoenix, AZ  85072-2854<br>Attn: Sophea Mathus<br>Tel: 602-254-9777<br>Fax: 602-528-3293 | Trade Debt | Subject to setoff | $840,000.00 |
| Thelen Reid Brown Raysman & Steiner LLP<br>File 72947<br>PO BOX 60000<br>San Francisco, CA  94160-2947 | Thelen Reid Brown Raysman & Steiner LLP<br>File 72947<br>PO Box 60000<br>San Francisco, CA  94160-2947<br>Attn: David Aronoff<br>Tel: 213-576-8000<br>Fax: 213-576-8080 | Professional Services | | $734,276.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| ION Audio<br>200 Scenic View Dr. #201<br>Cumberland, RI 02864 | ION Audio<br>200 Scenic View Dr. #201<br>Cumberland, RI 02864<br>Attn: Dale Sprock<br>Tel: 650-572-2335<br>Fax: 650-572-2377 | Trade Debt | | $701,819.00 |
| Google, Inc.<br>Dept 33654<br>PO Box 39000<br>San Francisco, CA 94139 | Google, Inc.<br>Dept 33654<br>PO BOX 39000<br>San Francisco, CA 94139<br>Attn: Chantal Walton<br>Tel: 650-214-2667<br>Fax: 650-253-8616 | Trade Debt | | $663,197.00 |
| Panasonic Consumer Electronics<br>1 Panasonic Way 4A-7<br>Seacaucus, NY 07094 | Panasonic Consumer Electronics<br>1 Panasonic Way 4A-7<br>Secaucus, NJ 07094<br>Attn: Jennifer Makoul<br>Tel: 201-271-3314<br>Fax: 201-392-6979 | Trade Debt | | $614,552.00 |
| XPEDX<br>File 050201<br>Los Angeles, CA 90074-0201 | XPEDX<br>File 050201<br>Los Angeles, CA 90074-0201<br>Attn: Michael Jacobson<br>Tel: 630-480-8406<br>Fax: N/A | Trade Debt | | $588,522.00 |
| UGobe, Inc.<br>5900 Hollis Street, Suite V<br>Emeryville, CA 94608 | UGobe, Inc.<br>5900 Hollis Street, Suite V<br>Emeryville, CA 94608<br>Attn: Martin Hitch<br>Tel: 510-665-0515 (extension 21)<br>Fax: 510-655-0519 | Trade Debt | | $582,560.00 |
| TAO Music Inc.<br>1215 Chrysler Drive<br>Menlo Park, CA 94025 | TAO Music Inc.<br>1215 Chrysler Drive<br>Menlo Park, CA 94025<br>Attn: Ling Tao Wang<br>Tel: 650-326-5000<br>Fax: 650-326-5828 | Trade Debt | | $537,636.00 |
| Aliph<br>150 Executive Park Blvd.<br>Suite 4550<br>San Francisco, CA 94134 | Aliph<br>150 Executive Park Blvd.<br>Suite 4550<br>San Francisco, CA 94134<br>Attn: Johnathan Harris<br>Tel: 415-657-9757<br>Fax: 415-657-3172 | Trade Debt | | $534,025.00 |
| Eperformax Centers, Inc.<br>8001 Centerview Parkway<br>Suite 300<br>Cordova, IN 38018 | Eperformax Centers, Inc.<br>8001 Centerview Parkway<br>Suite 300<br>Cordova, IN 38018<br>Attn: Andre Jaeckle<br>Tel: 901-751-4800<br>Fax: 901-751-4900 | Trade Debt | | $527,241.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| CCL Product<br>Flat A4, 4th Floor Block A<br>Tseun Wan, Hong Kong | CCL Product<br>Flat A4, 4th Floor Block A<br>Tseun Wan, Hong Kong<br>Attn: Kim Lam<br>Tel: 011-852-2432-7191<br>Fax: 011-852-2433-1608 | Trade Debt | | $522,001.00 |
| Linkshare<br>PO BOX 30772<br>NY, NY 10087-0772 | Linkshare<br>PO BOX 30772<br>NY, NY 10087-0772<br>Attn: Michael Maciaszek<br>Tel: 646-454-6000<br>Fax: 646-602-0160 | Trade Debt | | $517,430.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, the undersigned authorized officer of Sharper Image Corporation, named as the debtor in this case (the "Debtor"), declare under penalty of perjury that I read the foregoing list of creditors holding the 20 largest unsecured claims against the Debtor and that it is true and correct to the best of my information and belief.

Dated: February 19, 2008

By: *(signature)* Rebecca L. Roedell
Title: Executive Vice President and Chief Financial Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
:
In re:                                          :    Chapter 11
:
SHARPER IMAGE CORPORATION,                      :    Case No. 08-_____ (___)
:
Debtor.                                    :
:
------------------------------------------------------------------x

## LIST OF CREDITORS[2]

       Contemporaneously herewith, Sharper Image Corporation (the "Debtor") has filed a motion (the "Motion") requesting a waiver of the requirement for filing a list of creditors pursuant to sections 105(a), 342(a), and 521(a)(1) of title 11 of the United States Code, Rules 1007(a) and 2002(a), (f), and (l) of the Federal Rules of Bankruptcy Procedure, and Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. The Debtor proposes to furnish its list of creditors to its proposed claims and noticing agent as set forth in the Motion.

       The list of creditors will contain only those creditors whose names and addresses were maintained in the Debtor's database or were otherwise ascertainable by the Debtor prior to the commencement of this chapter 11 case. The list of creditors holding the 20 largest unsecured claims, which was contemporaneously filed with the Court, as well the schedules of assets and liabilities, schedule of executory contracts and unexpired leases, and statement of financial affairs, which will be filed with the Court, should be consulted for a list of the Debtor's creditors that is comprehensive and current as of the date of the commencement of this chapter 11 case.

---

[2] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
SHARPER IMAGE CORPORATION,                    :    Case No. 08-_____ (___)
                                              :
         Debtor.                              :
                                              :
---------------------------------------------------------------------x
```

CORPORATE OWNERSHIP STATEMENT PURSUANT TO
FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1

Rebecca L. Roedell declares under penalty of perjury under the laws of the United States of America, as follows:

1. I am Executive Vice President and Chief Financial Officer of Sharper Image Corporation ("Sharper Image").

2. The following entities own, directly or indirectly, 10% or more of any class of equity interests of Sharper Image: Franklin Resources, Inc.; Starboard Value and Opportunity Master Fund (aka Ramius); and Sun Capital Securities.

Executed this __19__ day of February, 2008

*[signature]*
Rebecca L. Roedell
Executive Vice President and
Chief Financial Officer