UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                  )
                                        )   Chapter 11
SHARPER IMAGE CORPORATION,              )
                                        )   Case No. 08-10322 (KG)
                                        )
         Debtor.                        )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lawrence C. Gottlieb, an attorney with the law firm Cooley Godward Kronish LLP, with an office at 1114 Avenue of the Americas, New York, New York 10036, as proposed counsel to the Official Committee of Unsecured Creditors in this case.

Date: March 3, 2008               By: /s/Margaret M. Manning
                                  Margaret M. Manning (Bar. No. 4183)
                                  Whiteford, Taylor & Preston L.L.C.
                                  1220 N. Market Street
                                  Suite 680
                                  Wilmington, DE 19801
                                  (302) 353-4146 (Direct Dial)
                                  (302) 258-0757 (Facsimile)
                                  Proposed Counsel for the
                                  Official Committee of Unsecured Creditors


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: March _____, 2008           _____
                                  The Honorable Kevin Gross
                                  United States Bankruptcy Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the United States District Court for the Southern District of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 3, 2008

Lawrence C. Gottlieb, Esquire
Cooley Godward Kronish LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
(212) 479-6000