IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
                                                           :
In re:                                                     :     Chapter 11
                                                           :
SHARPER IMAGE CORPORATION,[1]                              :     Case No. 08-10322 (KG)
                                                           :
         Debtor.                                           :     Re: Docket No. 797
                                                           :
-----------------------------------------------------------x

### ORDER PURSUANT TO SECTION 1121(d) EXTENDING THE EXCLUSIVE PERIODS DURING WHICH DEBTOR MAY FILE A PLAN AND SOLICIT ACCEPTANCES THEREON

Upon the motion, dated June 5, 2008 (the "Motion")[2], of Sharper Image Corporation, as debtor and debtor in possession ("Sharper Image"), for an order, pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), extending the Plan Period to September 16, 2008 and the Solicitation Period to November 15, 2008, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States Trustee of the District of Delaware, (ii) the attorneys for the Statutory Creditors' Committee, (iii) the attorneys for Sharper Image's secured lender, Wells Fargo Retail Finance, LLC, and (iv) each person or entity that has filed a notice of appearance and request for service of documents herein, and no other or

---

[1] The address of the Debtor's principal executive offices is 350 The Embarcadero, 6th Floor, San Francisco, California 94105. The Debtor's EIN is 94-2493558.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion

further notice being required; and the relief requested in the Motion being in the best interests of Sharper Image, its estate, and its creditors; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "<u>Hearing</u>"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, Sharper Image's Plan Period is extended through and including September 16, 2008; and it is further

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, Sharper Image's Solicitation Period is extended through and including November 15, 2008; and it is further

ORDERED that the extension of the Exclusive Periods granted herein is without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code.

Dated: July 16, 2008
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE