# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| TSIC, INC.          , | ) | Case No. 08-10322 (KG) |
| | ) | |
| Debtor. | ) | |
| _____ ) | | **Re: Docket No. \_\_\_\_** |

## ORDER GRANTING THE AMENDED
## MOTION OF FREDERIC B. PROHOV TO CONVERT

Upon consideration of the Amended Motion of Movant Frederic B. Prohov to Convert (the "Motion"); and upon concluding that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 1334 and 157; and upon finding that notice of the Motion was proper and sufficient; and having considered the relief requested in the Motion and any objections thereto; and having found that the Motion is well grounded in fact and law and that "cause" exists for converting the case under 11 U.S.C. § 1112(b); it is therefore hereby ORDERED that:

1. The Motion is GRANTED.

2. This case is converted to chapter 7 under 11 U.S.C. § 1112(b).

DATED: _____, 2008

                                                                            Honorable Kevin Gross
                                                                            United States Bankruptcy Court Judge