# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| ) | |
| TSIC, Inc., f/k/a Sharper Image Corporation, ) | Case No.: 08-10322(KG) |
| ) | |
| ) | Ref. Nos.: 1456 and 1573 |
| Debtor ) | |
| ) | |

## ORDER GRANTING DEBTOR'S MOTION TO APPROVE STIPULATION AND ORDER GRANTING CARLOS RODRIGUEZ RELIEF FROM THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY CODE SECTION 362(D) AND BANKRUPTCY RULE 4001(D)

Upon consideration of TSIC's Motion to Approve Stipulation and Order Granting Carlos Rodriguez Relief from the Automatic Stay Pursuant to Bankruptcy Code section 362(d) and Bankruptcy Rule 4001(d) (the "Motion");[2] and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided; and upon the record therein; and it appearing that the relief requested by the Motion is in the best interest of the Debtor's estate, the Debtor's creditors and other parties-in-interest in this case; and the Court having determined that sufficient cause exists to grant the Motion; and after due deliberation thereon and good and sufficient cause appearing therefore it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Stipulation attached to the Motion as Exhibit A is hereby approved; and it is further

ORDERED, that the automatic stay of Bankruptcy Code section 362(a) is hereby modified as provided for in the Stipulation; and it is further

---

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

WCSR 4058105v2

ORDERED that this Court shall retain jurisdiction over all matters related to the implementation of this Order.

Dated: Wilmington, Delaware
~~FEBRUARY~~ 20, 2009

_____
The Honorable Kevin Gross
United States Bankruptcy Judge