IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re:                                                        :   Chapter 11
                                                              :
TSIC, Inc. f/k/a Sharper Image Corporation,[1]                :   Case No. 08-10322 (KG)
                                                              :
Debtor.                                                       :   Related Doc. Nos. 1830 and __
                                                              :
---------------------------------------------------------------x

## ORDER GRANTING STIPULATION GRANTING CHARLES M. PERROTTA RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the *Stipulation Granting Charles M. Perrotta Relief from the Automatic Stay* (the "Stipulation"), attached hereto as Exhibit A, and this matter being submitted upon consent; it is hereby

ORDERED, that the Stipulation is hereby approved in accordance with its terms and is incorporated herein by this reference.

DATED: October 19, 2009

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The address of the Debtor's principal executive offices is 1255 Treat Blvd, Suite 300, Walnut Creek, California 94597. The Debtor's EIN is 94-2493558.