To: Claims Administrator of Any Recovery Arising from **IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT-DISCOUNT ANTITRUST LITIGATION** (Case Number 1:05-md-01720-JG-JO)

This Notice of Assignment transfers and assigns to PANTOLL PARTNERS, LLC ("Purchaser"), pursuant to a Bankruptcy Court Order dated [_____] (attached as Exhibit A), all of **TSIC, Inc. f/k/a Sharper Image Corporation's** ("Company") right, title and interest in and to or associated with, or connected in any manner to, any recovery arising from the class action litigation of In Re: Payment Card Interchange Fee and Merchant-Discount Antitrust Litigation (Case No 1:05-md-01720-JG-JO) (the "Recovery"), for the following entities:

| FILING ENTITY NAME | United States Bankruptcy Court District of Delaware Case Number: |
|---|---|
| TSIC, Inc. f/k/a Sharper Image Corporation | 08-10322 |

The rights assigned to Purchaser include, but are not limited to, the Company's right to file a claim and to challenge any and all estimates for payment of that claim.

Purchaser is now the legal and equitable owner of all rights associated with the Recovery. You should deal directly with Purchaser or its duly appointed agents on all matters pertaining to the Company's rights to the Recovery. Further, in accordance with the Assignment, any and all payments relating to the Recovery should be made payable to Purchaser and sent to the following address:

    Pantoll Partners, LLC
    100 Shoreline Highway, Suite A-190
    Mill Valley, CA  94941
    Attn:  John Chilcott

Moreover, any and all correspondence, documents or any other communications pertaining to the Recovery be directed to Purchaser at the above address.

Company Name:     TSIC, Inc. f/k/a Sharper Image Corporation

Company Address:  1255 Treat Blvd
                        Suite 300
                        Walnut Creek, CA  94597


Date: _____, 2011

By: _____
Name: Kevin Palmer
Title: Vice President and Controller