# EXHIBIT B

Allowed Unsecured Claims Schedule

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Allowed Amount of Claim | Basis of Claim | Anticipated Distribution Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class representatives in Potter vs Sharper Image | Lowenstein Sandler PC | 65 Livingston Ave | | Roseland | NJ | 07068 | | 3960 | $71,435,366.00 | Settlement | $200,000 |
| UNITED PARCEL SERVICE | PO Box 4396 | | | Timonium | MD | 21094 | | 375 | $6,971,805.22 | Claim | $20,098 |
| QUEBECOR WORLD (USA) INC. | P.O. BOX 98668 | | | CHICAGO | IL | 60693-8668 | | | $3,747,472.50 | MOR | $10,803 |
| TOM TOM, INC. | Nixon Peabody LLP | 100 Summer St | | Boston | MA | 02110-2131 | | 5730 | $2,052,970.44 | MOR | $5,918 |
| NOVUS PRINT MEDIA INC. | Two Carlson Pkwy Ste 400 | | | Plymouth | MN | 55447 | | 5430 | $1,826,032.55 | Claim | $5,264 |
| GARMIN INTERNATIONAL, INC. | Stinson Morrison Hecker LLP | 12 Corporate Woods | 10975 Benson Ste 550 | Overland Park | KS | 66210 | | 7148 | $1,563,438.61 | Court Order | $4,507 |
| 251 Post St | Greene Radovsky Maloney Share & Hennigh LLP | Four Embarcadero Ctr 40th Fl | | San Francisco | CA | 94111 | | 1585 | $1,284,715.63 | Claim | $3,704 |
| SKADDEN, ARPS, SLATE, MEAGHER | Four Times Square | | | New York | NY | 10036 | | 6051 | $985,845.51 | MOR | $2,842 |
| THELEN REID | Administrative Committee of Thelen LLP | 200 Park Ave 36th Fl | | New York | NY | 10022 | | 5855 | $938,254.89 | Claim | $2,705 |
| Mitsui | Binder & Malter LLP | 2775 Park Ave | | Santa Clara | CA | 95050 | | 4346 | $933,311.00 | Claim | $2,691 |
| GOOGLE, INC | | | | | | | | 6994 | $923,190.09 | Claim | $2,661 |
| DFS Services LLC fka Discover Financial Services Inc | PO Box 3000 | | | New Albany | OH | 43054 | | 4462 | $848,520.00 | Claim | $2,446 |
| STL International | 16D CDW Bldg | 388 Castle Peak Rd | | Tsuen Wan | | | Hong Kong | 2412 | $846,498.40 | Claim | $2,440 |
| GI Cupertino Ltd | Greene Radovsky Maloney Share & Hennigh LLP | 4 Embarcadero Center Ste 4000 | | San Francisco | CA | 94111 | | 2841 | $840,451.77 | Claim | $2,423 |
| ENE Group | Lazarus & Lazarus PC | 240 Madison Ave | | New York City | NY | 10016 | | 2813 | $750,000.00 | Settlement | $2,162 |
| XPEDX | Baker Donelson Bearman Caldwell & Berkowitz PC | First Tennessee Building | 165 Madison Avenue Suite 2000 | Memphis | TN | 38103 | | | $750,000.00 | Court Order | $2,162 |
| HUMAN TOUCH, LLC / Interactive health | 3030 WALNUT AVE. | | | LONG BEACH | CA | 90807 | | | $714,853.83 | Court Order | $2,061 |
| MAGELLAN NAVIGATION INC | PO BOX 951692 | | | DALLAS | TX | 75395-1692 | | | $681,305.84 | MOR | $1,964 |
| GGP Otay Ranch LP | c o General Growth Properties Inc | 110 North Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | | $663,231.57 | Claim | $1,912 |
| ION AUDIO | 200 SCENIC VIEW DR,SUITE 201 | | | CUMBERLAND | RI | 02864 | | 1081 | $623,497.29 | MOR | $1,797 |
| Kravco (King of Prussia Mall) | Ballard Spahr Andrews & Ingersoll LLP | 1735 Market St 51st Fl | | Philadelphia | PA | 19103 | | 4764 | $622,359.72 | Claim | $1,794 |
| EPERFORMAX CENTERS, INC. | 8001 CENTERVIEW PARWAY | SUITE 300 | | CORDOVA | TN | 38018 | | | $616,746.92 | MOR | $1,778 |
| LINKSHARE CORPORATION | C/O JP MORGAN CHASE BANK, N.A. | P.O. BOX 30772 | | NEW YORK | NY | 10087-0772 | | | $590,771.31 | MOR | $1,703 |
| UGOBE, INC. | 5900 HOLLIS STREET, SUITE V | | | EMERYVILLE | CA | 94608 | | | $582,560.00 | MOR | $1,679 |
| Somerset Collection LP | c o Katten Muchin Rosenman LLP | 2029 Century Park E 25th Fl | | Los Angeles | CA | 90067 | | 6168 | $568,066.78 | Claim | $1,638 |
| Oakbrook Shopping Center | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 4956 | $563,512.28 | Claim | $1,624 |
| NEXT CHAPTER INC. | 2461 S. WOLF ROAD | | | DES PLAINES | IL | 60018 | | | $528,271.72 | Court Order | $1,523 |
| CCL PRODUCT | Flat A4 4f Blk A Po Yip Bldg | 62 70 Texaco Rd | Tsuen Wan | NT | | | Hong Kong | 604 | $527,620.70 | Claim | $1,521 |
| ALIPH | 150 EXECUTIVE PARK BLVD. | SUITE 4550 | | SAN FRANCISCO | CA | 94134 | | | $516,855.69 | MOR | $1,490 |
| Natick Mall | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1065 | $469,675.61 | Claim | $1,382 |
| Phipps Plaza | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 4982 | $463,517.78 | MOR | $1,354 |
| Polaris Media Research dba Moneau Lab | Coughlin Stoia Geller Rudman & Robbins LLP | 225 W Washington St | | Indianapolis | IN | 46204 | | 4957 | $502,057.72 | Claim | $1,447 |
| Bella Bella Inc | 8850 Research Dr | | | Irvine | CA | 92618 | | 3508 | $450,000.00 | Claim | $1,336 |
| FRANKLIN COMPUTER | P.O. BOX 1208 | | | BURLINGTON, | NJ | 08016-4907 | | 7860 | $492,500.00 | Settlement | $1,420 |
| Pinnacle Hills LLC | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1088 | $488,177.50 | MOR | $1,407 |
| NorthPark Partners LP | K&L Gates LLP | 1717 Main St Ste 2800 | | Dallas | TX | 75201 | | 1480 | $485,972.25 | Claim | $1,401 |
| Twelve Oaks Mall | 200 East Long Rd | | | Bloomfield Hills | MI | 48304 | | 4927 | $485,453.00 | Claim | $1,399 |
| APPLE COMPUTER INC. | PO BOX 846095 | | | DALLAS | TX | 75284-6095 | | 1403 | $485,035.88 | MOR | $1,398 |
| Southpoint Mall LLC | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | | $479,381.31 | Claim | $1,382 |
| Westland Garden State Plaza | LeClairRyan A Professional Corporation | 555 Long Wharf Dr | | New Haven | CT | 06511 | | 5319 | $421,671.68 | Claim | $1,297 |
| Parks at Arlington | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1083 | $417,461.04 | Claim | $1,204 |
| Highland Village Limited Partnership | 4055 Westheimer | | | Houston | TX | 77027 | | 5809 | $411,650.06 | Claim | $1,187 |
| TJ Palm Beach Assoc | 200 E Long Lake Rd | | | Bloomfield Hills | MI | 48304 | | 336 | $409,980.76 | Claim | $1,182 |
| MASTER REPLICAS LLC | 201 N Civic Dr Ste 239 | | | Walnut Creek | CA | 94596 | | 32 | $405,834.00 | Claim | $1,170 |
| Town East Mall LLC | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1244 | $405,700.09 | Claim | $1,170 |
| Zona Rosa Development | Ulmer & Berne LLP | 1660 W 2nd St Ste 1100 | | Cleveland | OH | 44113-1448 | | 218 | $403,960.58 | Claim | $1,165 |
| STL ELECTRONICS LIMITED | 16D CDW Bldg | 386 Castle Peak Rd | | Tsuen Wan | | | Hong Kong | 182 | $402,142.78 | Claim | $1,159 |
| Woodfield Mall LLC | 200 East Long Lake Rd Ste 300 | | | Bloomfield Hills | MI | 48304 | | 4688 | $401,005.04 | Claim | $1,156 |
| Rockaway Town Square | Attn Sheri L Clark | 255 W Washington St | | Indianapolis | IN | 46204 | | 342 | $400,442.99 | Claim | $1,154 |
| Glendale I Mall Associates | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1089 | $398,775.96 | Claim | $1,150 |
| Bridgewater Commons | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 4827 | $392,394.53 | Claim | $1,131 |
| Capital Properties LLC | 212 Center St Ste 800 | | | Little Rock | AK | 72201 | | 161 | $390,951.00 | Claim | $1,127 |
| Burlington Mall - Simon Property | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 2634 | $389,719.21 | Claim | $1,123 |
| Tyler Mall Ltd | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1090 | $387,493.08 | Claim | $1,117 |

Allowed Unsecured Claims Schedule

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Allowed Amount of Claim | Basis of Claim | Anticipated Distribution Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BP111 Huntington Ave LLC | Mirick OConnell DeMallie & Lougee | 100 Front St | | Worcester | MA | 01608 | | 1906 | $387,438.40 | Claim | $1,117 |
| Annapolis Mall | Tyler Cooper & Alcorn LLP | 555 Long Wharf Dr | | New Haven | CT | 06511 | | 820 | $385,341.68 | Claim | $1,111 |
| TAO MUSIC INC. | 1215 CHRYSLER DRIVE | | | MENLO PARK | CA | 94025 | | | $385,033.66 | MOR | $1,110 |
| Leidig / Draper Properties | MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | 123 S BROAD ST | | PHILADELPHIA | PA | 19109-1029 | | 1755 | $383,105.60 | Claim | $1,104 |
| Willow Bend Mall | 200 E Long Lake Rd | | | Bloomfield Hills | MI | 48304 | | 335 | $369,139.32 | Claim | $1,064 |
| South Shore Plaza | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 4993 | $367,541.44 | Claim | $1,060 |
| Barton Creek | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 5076 | $366,130.33 | Claim | $1,055 |
| Rich Taubman Associates | 200 E Long Lake Rd | | | Bloomfield Hills | MI | 48304 | | 324 | $366,108.44 | Claim | $1,055 |
| La Cantera | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 4829 | $353,636.96 | Claim | $1,019 |
| Smith Haven Mall | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 4995 | $346,203.88 | Claim | $998 |
| Firewheel Town Center | c o Simon Property Group Inc | 225 Washington St | | Indianapolis | IN | 46204 | | 2638 | $341,623.76 | Claim | $985 |
| Westcoast Estates | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1084 | $339,788.12 | Claim | $980 |
| V-MODA, LC | 6464 Sunset Blvd No 500 | | | Los Angeles | CA | 90028 | | 4998 | $337,081.32 | Claim | $972 |
| KAI USA | 18600 SW Teton Ave | | | Tualatin | OR | 97062 | | 7411 | $337,776.54 | claim | $974 |
| Stoneridge Mall | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 4996 | $336,375.05 | Claim | $970 |
| BELL, BOYD & LLOYD LLC | THREE FIRST NATIONAL PLAZA | 70 WEST MADISON ST., #3300 | | CHICAGO | IL | 60602-4207 | | 236 | $330,423.55 | MOR | $953 |
| SEGERDAHL GRAPHICS, INC. - CORP | 1351 S Wheeling Rd | | | Wheeling | IL | 60090 | | 2609 | $328,210.23 | Claim | $946 |
| KIPP | Akin Gump Strauss Hauer & Feld LLP | 1700 Pacific Ave Ste 4100 | | Dallas | TX | 75201-4675 | | 7636 | $326,427.16 | Claim | $941 |
| Meadowwood Mall | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 2640 | $325,023.21 | Claim | $937 |
| Westroads Mall | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1243 | $321,992.40 | Claim | $928 |
| MOAC Mall Holdings LLC | 60 East Broadway | | | Bloomington | MN | 55425 | | 2599 | $312,764.61 | Claim | $902 |
| SEQUIAM CORPORATION | 500 N Broadway Ste 204 | | | Jericho | NY | 11753-2128 | | 6234 | $311,275.00 | Claim | $897 |
| Pitney Bowes Credit Corporation | 27 Waterview Dr | | | Shelton | CT | 06484-4361 | | 5873 | $298,213.46 | Claim | $860 |
| PUREHITECH | 1616 S Voss Rd | | | Houston | TX | 77057 | | 493 | $293,448.50 | Claim | $845 |
| PARADYSZ MATERA COMPANY | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 6414 | $292,970.35 | Claim | $845 |
| ULTREO INC | Kriegman Law Office PLLC | 600 University St Ste 2100 | | Seattle | WA | 98101 | | 115 | $291,940.00 | Claim | $842 |
| Flatiron Holding LLC The Macerich Company Store No334 | Thomas J Leanse Esq | 2029 Century Park E 25th Fl | | Los Angeles | CA | 90067 | | 5579 | $289,890.30 | Claim | $836 |
| UK American Properties | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1080 | $289,825.92 | Claim | $836 |
| QKC Maui (mall) | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 4952 | $287,961.44 | Claim | $830 |
| Chagrin Retail LLC | Real Estate Counsel Stark Enterprises | 1350 W Third St | | Cleveland | OH | 44113 | | 6024 | $285,553.98 | Claim | $823 |
| RAZOR USA | P.O. BOX 60698 | | | LOS ANGELES | CA | 90060-0698 | | | $283,500.00 | Court Order | $817 |
| Eastview Mall | 1265 Scottsville Rd | | | Rochester | NY | 14624 | | 3862 | $283,024.00 | Claim | $816 |
| Old Orchard Urban Ltd | Tyler Cooper & Alcorn LLP | 55 Long Wharf Dr | | New Haven | CT | 06511 | | 5317 | $279,210.84 | Claim | $805 |
| Forest City | Agent for South Bay Center SPE LLC | 50 Public Sq Ste 1360 | | Cleveland | OH | 44113 | | 6180 | $278,337.84 | Claim | $802 |
| Mainplace Shoppingtown | Tyler Cooper & Alcorn LLP | 555 Long Wharf Dr | | New Haven | CT | 06511 | | 5318 | $277,474.20 | Claim | $800 |
| Kenwood Mall LLC | General Growth Properties Inc | 110 N Wacker Dr BSC 1 23 | | Chicago | IL | 60606 | | 1087 | $275,847.58 | Claim | $795 |
| BEHRINGER USE, INC. | 18912 NORTH CREEK PKWY | SUITE 263 | | BOTHELL | WA | 98011 | | | $270,903.18 | MOR | $781 |
| Stanford Shopping Center | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 5231 | $269,616.72 | Claim | $777 |
| AROA MARKETING, INC. | 12621 ENCINITAS AVE | | | SYLMAR | CA | 91342 | | | $267,913.72 | MOR | $772 |
| HELICOR INC. | 19 Fulton St Ste 407 | | | New York | NY | 10038 | | 99 | $267,300.00 | Claim | $771 |
| EPSILON INTERACTIVE | DBA: EPSILON INTERACTIVE, LLC | 16 WEST 20TH ST., 9TH FLOOR | | NEW YORK | NY | 10011-4203 | | | $263,871.72 | MOR | $761 |
| Horton Plaza LP | Tyler Cooper & Alcorn LLP | 205 Church St | | New Haven | CT | 06510 | | 315 | $263,686.63 | Claim | $760 |
| Woodbury Commons | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 2773 | $262,847.50 | Claim | $758 |
| North Star Trust Co | Funkhouser Vegosen Liebman & Dunn Ltd | 55 W Monroe St Ste 2300 | | Chicago | IL | 60603 | | 5147 | $261,005.00 | Claim | $752 |
| Park Place Mall | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1082 | $255,293.52 | Claim | $736 |
| Rouse Providence | General Growth Properties Inc | 110 N Wacker Dr BSC 1 23 | | Chicago | IL | 60606 | | 1482 | $255,008.88 | Claim | $735 |
| GRAPHIC COMMUNICATIONS | 16 B Journey | | | Aliso Viejo | CA | 92656-3317 | | 603 | $270,903.18 | Claim | $733 |
| GRAPHIC SYSTEMS, INC. | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 1478 | $243,688.77 | Claim | $702 |
| SPORTLINE, INC. | 2632 26TH AVENUE SOUTH | | | MINNEAPOLIS | MN | 55406 | | 4958 | $241,722.24 | MOR | $697 |
| Inland Southwest Management | C O BERT BITTOURNA ESQ | INLAND REAL ESTATE GROUP | 2901 BUTTERFIELD RD 3RD FL | OAK BROOK | IL | 60523 | | 4183 | $238,639.44 | Claim | $688 |
| Santa Anita shoppingtown | Tyler Cooper & Alcorn LLP | 555 Long Wharf Dr | | New Haven | CT | 06511 | | 5293 | $237,908.48 | Claim | $686 |
| 2700 East Carson Associates LP | 424 S 27th Ste 300 | | | Pittsburgh | PA | 15203 | | 3257 | $237,591.68 | Claim | $685 |
| North East Mall | 225 W Washington St | | | Indianapolis | IN | 46204 | | 339 | $236,290.78 | Claim | $681 |
| THE ARBORETUM AT GREAT HILLS | C O SIMON PROPERTY GROUP INC | 225 W WASHINGTON ST | | INDIANAPOLIS | IN | 46204 | | 2466 | $234,766.96 | Claim | $677 |
| Metronational Corp | Ballard Spahr Andrews & Ingersoll LLP | 1735 Market St 51st Fl | | Philadelphia | PA | 19103 | | 4765 | $233,760.12 | Claim | $674 |
| Penn Square Mall | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 4997 | $229,821.16 | Claim | $663 |

Allowed Unsecured Claims Schedule

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Allowed Amount of Claim | Basis of Claim | Anticipated Distribution Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pioneer Place Limited Partnership | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1481 | $229,554.90 | Claim | $662 |
| CELESTRON INTERNATIONAL | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 6415 | $229,313.00 | Claim | $661 |
| Citrus Park Venture | Tyler Cooper & Alcorn LLP | 205 Church St | | New Haven | CT | 203-784-8200 | | 316 | $223,414.92 | Claim | $644 |
| RIO SUITE HOTEL & CASINO | 2114 Fountain Springs Dr | | | Henderson | NV | 89074 | | 928 | $223,178.40 | Claim | $643 |
| EDWIN MCAULEY ELECTRONICS, LTD. | 17TH FLOOR, 1063 KING'S ROAD | | | QUARRY BAY | | | HONG KONG | | $221,730.60 | MOR | $639 |
| RREEF (Edgewater Enterprises LLC) | c o Katten Muchin Rosenman LLP | 2029 Century Park E 25th Fl | | Los Angeles | CA | 90067 | | 6169 | $221,676.89 | Claim | $639 |
| Mall of Georgia | Attn Sheri L Clark | 225 W Washington St | | Indianapolis | IN | 46204 | | 338 | $218,844.28 | Claim | $631 |
| ROADWAY EXPRESS INC. | Frantz Ward LLP | 2500 Key Center | 127 Public Sq | Cleveland | OH | 44114 | | 805 | $218,167.43 | Claim | $629 |
| Highwoods Realty Limited Partnership | Stinson Morrison Hecker LLP | 1201 Walnut | | Kansas City | MO | 64106-2150 | | 4645 | $216,862.94 | Claim | $625 |
| CS Lifestyle Center | 6410 Poplar Ave Ste 850 | | | Memphis | TN | 38119 | | 1639 | $216,139.08 | Claim | $623 |
| Davis Street Land Co Tennessee | Wildman Harrold Allen & Dixon LLP | 225 W Wacker Dr | | Chicago | IL | 60606 | | 5229 | $214,725.66 | Claim | $619 |
| GIFTS.COM | ATTN: ACCTS RECEIVABLE | 8833 W. SUNSET BLVD | | WEST HOLLYWOOD | CA | 90069 | | | $213,802.34 | MOR | $616 |
| Gifts com | 555 12th 4th Fl | | | Oakland | CA | 94607 | | 382 | $213,802.34 | Claim | $616 |
| Hawthorn | Tyler Cooper & Alcorn LLP | 205 Church St | | New Haven | CT | 06510 | | 323 | $209,945.28 | Claim | $605 |
| FUTAL-LEIGHTON | 50 Mayfield Ave | | | Edison | NJ | 08837 | | 7412 | $206,646.08 | Claim | $596 |
| SMARTSHOPPER ELECTRONICS | 6000 LOMBARDO CENTER STE 205 | | | SEVEN HILLS | OH | 44131 | | 724 | $203,364.00 | Claim | $586 |
| DS Fig Garden LLC | c o Nancy Hotchkiss Esq | Trainor Fairbrook | 980 Fulton Ave | Sacramento | CA | 95825 | | 2422 | $201,545.92 | Claim | $581 |
| IKON FINANCIAL SERVICES | PO BOX 13708 | | | MSCON | GA | 31208-3708 | | | $200,000.00 | Court Order | $577 |
| TEKSERVE POS | 2495 Pembroke Ave | | | Hoffman Estates | IL | 60169 | | 715 | $198,831.54 | Claim | $573 |
| Waldman Assoc / David Adam Realty Partnership | 8 Church Ln | | | Westport | CT | 06880 | | 1920 | $198,648.06 | Claim | $573 |
| Woodland Hills Mall | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 5232 | $197,209.36 | Claim | $569 |
| Tampa Westshore Associates Limited Partnership | 200 East Long Lake Rd Ste 300 | | | Bloomfield Hills | MI | 48304 | | 4686 | $193,562.81 | Claim | $558 |
| MEADE INSTRUMENTS CORPORATION | 6001 Oak Canyon | | | Irvine | CA | 92618 | | 395 | $193,313.50 | Claim | $557 |
| AOL, LLC | Vorys Sater Seymour and Pease LLP | 52 E Gay St | PO Box 1008 | Columbus | OH | 43216-1008 | | 903 | $190,337.01 | Claim | $549 |
| Algonquin Commons LLC | Foley & Lardner LLP | 321 N Clark St Ste 2800 | | Chicago | IL | 60654 | | 7521 | $190,195.33 | Claim | $548 |
| MAYFAIRE RETAIL, LLC, FBO GREENWICH CAPITAL | LOCKBOX NO #601140 | | | CHARLOTTE | NC | 28260-1140 | | | $187,270.00 | Court Order | $540 |
| PROTIVITI | 2884 Sand Hill Rd | | | Menlo Park | CA | 94025 | | 7517 | $187,262.00 | Claim | $540 |
| Opus Northwest LLC | c o Katten Muchin Rosenman LLP | 2029 Century Park E 25th Fl | | Los Angeles | CA | 90067 | | 6171 | $186,565.85 | Claim | $538 |
| STAFFMARK, INC. | P.O. BOX 952891 | | | ST LOUIS | MO | 63195-2891 | | | $185,361.80 | MOR | $534 |
| GENERAL INSTRUMENT CORPORATION | RE: MOTOROLA | PO BOX 91640 | | CHICAGO | IL | 60693 | | | $185,000.00 | Court Order | $533 |
| AMPAC PLATSITCS INC. | P.O. BOX 691369 | | | CINCINNATI | OH | 45269-1369 | | | $181,955.18 | MOR | $525 |
| World Financial Network National Bank | Akin Gump Strauss Hauer & Feld LLP | 1700 Pacific Ave Ste 4100 | | Dallas | TX | 75201 | | 5096 | $181,296.01 | Claim | $523 |
| OLISO INC | 1095 Folsom St | | | San Francisco | CA | 94102 | | 314 | $181,146.50 | Claim | $522 |
| ENERGY TECHNOLOGY LABORATORY | 2351 Tenaya Dr | | | Modesto | CA | 95354 | | 409 | $179,192.16 | Claim | $517 |
| CARTA MUNDI INC. | 4809 SOUTH WESTMEORELAND | | | DALLAS | TX | 75237 | | | $178,500.00 | MOR | $515 |
| Shops at Saddle Creek | Evans Petree PC | 1000 Ridgeway Loop Road Suite 200 | | Memphis | TN | 38120 | | 6005 | $178,456.92 | Claim | $514 |
| DIGITAL BUSINESS PROCESSING | 3401 Market St Ste 120 | | | Philadelphia | PA | 19104 | | 453 | $175,296.00 | Claim | $505 |
| Thomas John Krysiak | 308 Sweet Rd | | | Alameda | CA | 94502-7787 | | 478 | $168,750.00 | Claim | $486 |
| IMJ Jefferson Pointe | Taft Stettinius & Hollister LLP | 425 Walnut St Ste 1800 | | Cincinnati | OH | 45202 | | 2816 | $167,450.00 | Claim | $483 |
| Hocker Oxmoor LLC | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 4951 | $164,683.37 | Claim | $475 |
| Codding Investments | 911 VILLAGE CT | | | SANTA ROSA | CA | 95405 | | 1888 | $164,304.00 | Claim | $474 |
| STYLE SCIENCE | PO Box 730429 | | | Ormond Beach | FL | 32173-0429 | | 3776 | $164,100.29 | Claim | $473 |
| MILLARD GROUP INC | P.O. BOX 3243 | | | OMAHA | NE | 68103 | | | $162,069.32 | MOR | $467 |
| YAHOO, INC. | Blalson Bergen & Schwab | 2600 El Camino Real Ste 300 | | Palo Alto | CA | 94306 | | 308 | $161,227.63 | Claim | $465 |
| Mall Del Norte | CBL & Associates Properties Inc | 2030 Hamilton Place Blvd | CBL Center Ste 500 | Chattanooga | TN | 37421-6000 | | 1066 | $161,076.00 | Claim | $464 |
| Baybrook Mall | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 4825 | $157,297.80 | Claim | $453 |
| Greenway Center LLC | Singer & Levick PC | 16200 Addison Rd No 140 | | Addison | TX | 75001 | | 329 | $154,048.70 | Claim | $444 |
| Andrew Parker | 261 Montego Key | | | Novato | CA | 94949 | | 496 | $153,818.45 | Claim | $443 |
| ARCHOS, INC. | 7951 E Maplewood Ave Ste 260 | | | Greenwood Village | CO | 80111 | | 3224 | $153,154.45 | Claim | $442 |
| PRIORITY 1 -CORP | DEPT. 33831 | P.O. BOX 39000 | | SAN FRANCISCO | CA | 94139 | | | $151,446.69 | MOR | $437 |
| Towson TC LLC | 6699 N Federal Hwy No 101 | | | NORTH LITTLE ROCK | AR | 72115 | | | $151,439.67 | MOR | $437 |
| Florida Mall | General Growth Properties Inc | 110 N Wacker BSC 1 26 | | Chicago | IL | 60606 | | 1486 | $150,905.26 | Claim | $435 |
| Vas Town ceter | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 5075 | $150,802.56 | Claim | $435 |
| Gardens SPE II | 101 FLINTLAKE RD | | | COLUMBIA | SC | 29223 | | 4416 | $149,706.51 | Claim | $432 |
| GCHI Inc dba Graphic Packaging Solutions | Wildman Harrold Allen & Dixon LLP | 225 W Wacker Dr | | Chicago | IL | 60606 | | 5146 | $148,649.78 | Claim | $429 |
| The Shops at Mission Viejo | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 391 | $148,275.83 | Claim | $427 |
| VTECH COMMUNICATIONS | 9590 SW Gemini Dr Ste 120 | | | Beaverton | OR | 97008 | | 5074 | $146,075.04 | Claim | $421 |
| | | | | | | | | 735 | $145,810.00 | Claim | $420 |

Allowed Unsecured Claims Schedule

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Allowed Amount of Claim | Basis of Claim | Anticipated Distribution Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stony Point Fashion Park Associates LLC | 200 East Long Lake Rd Ste 300 | | | Bloomfield Hills | MI | 48304 | | 6065 | $145,659.97 | Claim | $420 |
| John S Votnakparian | 102 Beech St | | | Westwood | NJ | 07675 | | 158 | $142,500.00 | Claim | $411 |
| Town Center Lakeside | Winstead PC | 600 Travis Ste 1100 | | Houston | TX | 77002 | | 5813 | $142,391.97 | Claim | $410 |
| IMI Grand Prairie | 312 Walnut St | | | Cincinnati | OH | 45202 | | 302 | $142,310.10 | Claim | $410 |
| NANDA HOME, LLC | 1966 Mapleridge Rd | | | Rochester Hills | MI | 48307 | | 285 | $140,484.00 | Claim | $405 |
| ETON | REF. GRUNDIG | 1015 CORPORATION WAY | | PALO ALTO | CA | 94303 | | | $139,551.94 | MOR | $402 |
| YELLOW FREIGHT SYSTEM, INC. | Frantz Ward LLP | 2500 Key Center | 127 Public Square | Cleveland | OH | 44114 | | 215 | $138,310.84 | Claim | $399 |
| NORELCO/SONICARE | ATTN: LBX 100984 | PO BOX 100984 | | ATLANTA | GA | 30384-0984 | | | $137,624.00 | MOR | $397 |
| DS Pavilions Sacramento | c/o Nancy Hotchkiss Esq | 980 Fulton Ave | | Sacramento | CA | 95825 | | 1905 | $137,180.23 | Claim | $395 |
| COMMERCIAL TECHNOLOGY SYSTEMS | UNIT C,21/F,LUK HOP INDUSTRIAL BLDG,8 LUK HOP ST. | | | KOWLOON | | | HONG KONG | | $136,623.68 | MOR | $394 |
| Sensio | 1175 Place Du Frere Andre | | | Montreal | QC | H3B 3X9 | Canada | 6004 | $135,000.00 | Claim | $389 |
| Elkecco newco | Menter Rudin & Trivelpiece PC | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | | 281 | $132,521.03 | Claim | $382 |
| VISIBALL USA | 8206 EXCHANGE WAY | | | ST LOUIS | MO | 63144 | | 6132 | $130,525.00 | MOR | $376 |
| LOWNDES,DROSDICK,DOSTER,- CORP | Lowndes Drodick et al | PO Box 2809 | | Orlando | FL | 32802 | | 753 | $130,316.35 | Claim | $376 |
| NVC LOGISTICS GROUP, INC. | 1 Pond Rd | | | Rockleigh | NJ | 07647 | | 68 | $129,680.14 | Claim | $374 |
| VVI Geneva Commons | MJ America Asset Management Inc | One Parkview Plz 9th Fl | | Oakbrook Terrace | IL | 60181 | | 281 | $128,577.28 | Claim | $371 |
| White Flint Partnership | 11501 Huff Ct | | | N Bethesda | MD | 20895 | | 675 | $127,395.00 | Claim | $367 |
| ESTES-COX CORPORATION | 1295 H STREET | | | PENROSE | CO | 81240 | | 272 | $127,268.88 | MOR | $367 |
| BASF CATALYSTS LLC | 100 Campus Dr | | | Florham Park | NJ | 07932 | | 440 | $126,344.64 | Claim | $364 |
| DYNA FLEX | 1144 N Grove St | | | Anaheim | CA | 92806 | | 704 | $125,836.00 | Claim | $363 |
| Greater Lakeside Corp | 1345 AVENUE OF THE AMERICAS 31ST FL | | | NEW YORK | NY | 10105-0143 | | 4417 | $124,000.00 | Claim | $357 |
| FEDEX FREIGHT WEST | PO Box 840 | | | Harrison | AR | 72602-0840 | | 505 | $123,178.67 | Claim | $355 |
| Kimco Market Street | Goodrich Postnikoff | Albertson & Petrocchi LLP | 777 Main St Ste 1350 | Fort Worth | TX | 76102 | | 5144 | $122,646.72 | Claim | $354 |
| THE GRAPHIC SOURCE  -CORP | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 6413 | $118,345.64 | Claim | $341 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | PO BOX 5300 | | | ALBANY | NY | 122050-0300 | | 5370 | $116,202.51 | Claim | $335 |
| HILL & KNOWLTON, INC. | 255 ALHAMBRA CIRCLE | SUITE 330 | | CORAL GABLES | FL | 33134 | | | $115,200.00 | MOR | $332 |
| EMISSIVE ENERGY CORP | 10 DORRANCE ST STE 1200 | | | PROVIDENCE | RI | 02903 | | 1931 | $113,626.63 | Claim | $328 |
| William Lee Feroe | 151 Elm Ave | | | Larkspur | CA | 94939 | | 272 | $112,500.00 | Claim | $324 |
| EPILADYUSA, INC. | 5250 Gulfton Ste 4B | | | Houston | TX | 77081 | | 237 | $112,494.42 | Claim | $324 |
| Oglethorpe Mall LLC | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 4955 | $110,972.24 | MOR | $320 |
| IN2 PRODUCTS | 1541 N North Park | Ste No 3 S | | Chicago | IL | 60610 | | 5279 | $110,766.66 | Claim | $319 |
| ROYAL APPLIANCE MANUFACTURING | 7005 Cochran Rd | | | Glenwillow | OH | 44139 | | 2484 | $110,261.38 | Claim | $318 |
| EMOI, INC./MOBIT | 150 E 52nd St 8th Fl | | | New York | NY | 10022 | | 427 | $107,962.00 | Claim | $311 |
| ELECTROLUX HOME CARE | 807 N Main St | | | Bloomington | IL | 61701 | | 95 | $107,022.16 | Claim | $309 |
| PILOT AIR FREIGHT | 1573 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | | | $104,609.82 | MOR | $302 |
| Dulles Town Center Mall LLC | Cole Shotz Meisel Forman & Leonard PA | 111 South Calvert St Ste 2350 | | Baltimore | MD | 21202 | | 4684 | $104,551.01 | Claim | $301 |
| Turner Trade Group Inc. | Schreeder Wheeler & Flint LLP | 1100 Peachtree St NE Ste 800 | | Atlanta | GA | 30309 | | 5440 | $101,870.20 | Claim | $294 |
| SIGMA SUPPLY, INC.       -CORP | PO BOX 20980 | | | HOT SPRINGS | AR | 71903-0980 | | 1919 | $101,191.54 | MOR | $292 |
| HERBAL CONCEPTS | 11523 SE HWY 212 | | | CLACKAMAS | OR | 97015 | | | $101,105.10 | MOR | $291 |
| HELLER EHRMAN LLP | Pachulski Stang Ziehl & Jones LLP | 150 California St 15th Fl | | San Francisco | CA | 94111 | | 7867 | $99,579.83 | Claim | $287 |
| BAYSIDE PRINTED PRODUCTS | 430 N Canal St Unit 9 | | | San Francisco | CA | 94080 | | 485 | $98,241.07 | MOR | $283 |
| Slamdunk | 14 F NO 206 | KUANG HWA 1ST RD | | TAIWAN | | | CHINA | | $97,920.00 | Claim | $282 |
| CWR ELECTRONICS | 18 Butler Ave | | | Bayville | NJ | 08721 | | 378 | $95,069.67 | Claim | $274 |
| ESI, INC. | 7601 Hayvenhurst Ave | | | Van Nuys | CA | 91406 | | 441 | $94,545.00 | Claim | $273 |
| JERDON PRODUCTS INC. | 120 N Lakeview Pkwy | | | Vernon Hills | IL | 60061 | | 5228 | $94,300.00 | Claim | $272 |
| Gary Jellison | 115 Phantom | | | Bellaire | TX | 77401 | | 2478 | $93,346.22 | Claim | $269 |
| ROYAL SOVEREIGN INTL INC. | 2 Volvo Dr | | | Rockleigh | NJ | 07647 | | 532 | $89,709.74 | Claim | $259 |
| Chenal Place Properties LLC c/o West Group LLC | Quattlebaum Grooms Tull & Burrow PLLC | 111 Center St Ste 1900 | | Little Rock | AR | 72201 | | 579 | $89,600.00 | Claim | $258 |
| DKO INTERNATIONAL | 301 Route 17 6th Fl | | | Rutherford | NJ | 07070 | | 5056 | $82,500.00 | MOR | $238 |
| CALIFORNIA PACKAGING     CORP | 3401 Etiwanda No 1011 D | | | Mira Loma | CA | 91752 | | 3788 | $81,343.49 | Claim | $234 |
| TRG ACCESSORIES | 2047 Westport Center Dr | | | St Louis | MO | 63146 | | 345 | $81,041.17 | Claim | $234 |
| DAVIS POLK & WARDWELL - PARTNRS | COUNSELLORS AT LAW | 450 LEXINGTON AVE | | NEW YORK | NY | 10017 | | 448 | $80,000.00 | Court Order | $231 |
| HSM ELECTRONIC PROTECTION SVC | 55 Shuman Blvd Ste 900 | | | Naperville | IL | 60563 | | 5536 | $79,003.71 | Claim | $228 |
| AVERITT EXPRESS, INC. | PO Box 3166 | | | Cookeville | TN | 38502 | | 109 | $76,623.90 | Claim | $221 |
| VICTORINOX SWISS ARMY | 7 VICTORIA DRIVE | | | MONROE | CT | 06468-1212 | | | $76,474.80 | MOR | $220 |
| MOBICOOL INTERNATIONAL | Suites 3210 12 32F The Gateway Tower II | 25 Canton Rd | Tsim Sha Tsui | Kowloon | | Hong Kong | China | 498 | $75,000.00 | Claim | $216 |
| DFE INC. | 92 Quaker Meeting House Rd | | | Honeoye Falls | NY | 14472 | | 138 | $74,088.00 | Claim | $214 |

Allowed Unsecured Claims Schedule

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Allowed Amount of Claim | Basis of Claim | Anticipated Distribution Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WHERIFY WIRELESS, INC. | 2000 BRIDGE ARKWAY, SUITE #2 | | | REDWOOD SHORES | CA | 94065 | | | $74,028.26 | MOR | $213 |
| MICROSOFT CORP. -CORP | PO BOX 844510 | BANK OF AMERICA | | DALLAS | TX | 75284-4510 | | | $73,541.66 | MOR | $212 |
| CMR GROUP LTD. | 2483 Demere Rd Ste 203 | | | St Simonds Island | GA | 31522 | | 718 | $73,457.19 | Claim | $212 |
| Forest City Commercial Manageemnt | 50 Public Sq Ste 1360 | | | Cleveland | OH | 44113 | | 612 | $73,269.85 | Claim | $211 |
| MADISON MEDIA CORPORATION | 30 E 85th St Ste 3E | | | New York | NY | 10028 | | 140 | $73,190.00 | Claim | $211 |
| OFFICE MAX | 75 REMITTANCE DR #2698 | | | CHICAGO | IL | 60675-2698 | | | $73,013.52 | MOR | $210 |
| MOBIKY USA | DIVISION OF SELECTRON | 22912 LOCKNESS AVENUE | | TORRANCE | CA | 90501 | | | $72,221.72 | Claim | $208 |
| LINGO INTERNATIONAL CORP. | 1225 E 14th St | | | Brooklyn | NY | 11230 | | 139 | $70,108.00 | Claim | $202 |
| BUZZSAW MEDIA | 950 Rengstorff Ave Ste E | | | Mountain View | CA | 94043 | | 702 | $68,837.10 | Claim | $198 |
| UPROMISE, INC. | Attn General Counsel | 95 Wells Ave Ste 160 | | Newton | MA | 02459 | | 4537 | $67,569.12 | MOR | $195 |
| EXPONENT, INC. | 149 COMMONWEALTH DR | | | MENLO PARK | CA | 94025 | | 3511 | $65,547.83 | Claim | $189 |
| JWIN ELECTRONICS CORP | 2 Harbor Park Dr | | | Port Washington | NY | 11050 | | 343 | $64,741.27 | Claim | $187 |
| Thomas John Kryslak | 308 Sweet Rd | | | Alameda | CA | 94502-7787 | | 23 | $63,200.46 | Claim | $182 |
| ALTEC LANSING | PLANTRONICS | 14253 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693 | | | $61,522.55 | MOR | $177 |
| WEST-LITE SUPPLY CO., INC-CORP | 12951 166th St | | | Cerritos | CA | 90703 | | 5415 | $59,681.52 | Claim | $172 |
| Steve Allen Renzelmann | 4930 Pelican Manor | | | Coconut Creek | FL | 33073 | | 1330 | $59,001.33 | Claim less priority wages paid | $170 |
| MAD CATZ, INC. | 7480 Mission Valley Rd Ste 101 | | | San Diego | CA | 92108-4406 | | 475 | $59,000.00 | Claim | $170 |
| VERIZON | Stinson Morrison Hecker LLP | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 | | 5387 | $58,930.31 | Claim | $170 |
| A T & T | ONE AT&T WAY RM 3A218 | | | BEDMINSTER | NJ | 07921 | | 358 | $58,645.98 | Claim | $169 |
| VERILUX | 340 Mad River Park Ste 1 | | | Waitsfield | VT | 05673 | | 121 | $58,376.56 | Claim | $168 |
| Arrowood Indemnity Company f/k/a Royal Idemnity Co. | Carruthers & Roth PA | 235 N Edgeworth St | | Greensboro | NC | 27401 | | 7552 | $57,875.00 | Claim | $167 |
| JIMMYJANE INC. | 702 15TH STREET | | | SAN FRANCISCO | CA | 94103 | | | $57,289.36 | MOR | $165 |
| I B M CORPORATION | P.O. BOX 676673 | | | DALLAS | TX | 75267-6673 | | | $55,816.15 | MOR | $161 |
| SWISS TECH PRODUCTS | 701 BETA DRIVE, STE 5 | | | MAYFIELD VILLAGE | OH | 44143 | | | $54,845.73 | MOR | $158 |
| AMC TRAVEL ACCESSORIES, INC. | 199 E. 52ND STREET | SUITE 362 | | BOISE | ID | 83714 | | | $54,830.00 | MOR | $158 |
| SUN LUEN ELECTRICAL MFG.CO | 22 F Wan Fai Ind Bldg | 29 Luk Hop St | San Po Kong | Kowloon | | | Hong Kong | 401 | $54,270.00 | Claim | $156 |
| OFFERMATICA | SEE V#300312686 | | | PALATINE | IL | 60055-7692 | | | $54,000.00 | MOR | $156 |
| IP SOFT | 17 STATE STREET | DEPT. CH 17692 | | NEW YORK | NY | 10004 | | | $53,473.85 | MOR | $154 |
| PREFER NETWORK, LLC | 6300 SHINGLE CREEK PARKWAY | | | MINNEAPOLIS | MN | 55430 | | | $53,129.66 | MOR | $153 |
| Anthony J Farrell | 6000 Harbord Dr | | | Oakland | CA | 94611 | | 192 | $52,557.00 | Claim | $152 |
| ENTERTAINMENT BOOK | Entertainment Publications Inc | 1414 E Maple Rd Ste 500 | | Troy | MI | 48083 | | 4152 | $51,526.04 | Claim | $149 |
| TUMI INC | 1001 DURHAM AVE. | | | SOUTH PLAINFIELD | NJ | 07060 | | | $51,252.56 | MOR | $148 |
| GGP Ala Moana | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 4828 | $51,179.04 | Claim | $148 |
| LUNA PACKAGING LLC | 2617 Buena Vista Ave | | | Alameda | CA | 94501 | | 252 | $50,502.40 | Claim | $146 |
| ANYCOM TECHNOLOGIES | Broichmuehlerweg 42 | | | MONCHENGLADBACH | | 41066 | Germany | 96 | $50,434.00 | Claim | $146 |
| Buckhead Beef | PO Box 6988 | | | Edison | NJ | 08818 | | 617 | $50,239.32 | Claim | $145 |
| RESPONSYS, INC. | DEPT 33273 | PO BOX 39000 | | SAN FRANCISCO | CA | 94139-3273 | | | $50,140.12 | MOR | $145 |
| LEXAR MEDIA INC. | Micron Technology Inc | 8000 S Federal Way MS 1 507 | | Boise | ID | 83716 | | 58 | $46,986.00 | Court Order | $135 |
| Hitachi | 750 Central Expy MS 34 15 | | | Santa Clara | CA | 95050-2627 | | 4577 | $46,786.79 | Claim | $135 |
| VIEW & VIEW TECHNOLOGIES | 306 LINDBERGH AVE. | | | LIVERMORE | CA | 94550 | | | $46,673.48 | MOR | $135 |
| South Street Seaport | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 422 | $45,972.56 | Claim | $133 |
| SHOPPING.COM | DEPT 9354 | | | LOS ANGELES | CA | 90084-9354 | | 1484 | $45,479.60 | MOR | $131 |
| DATAVANTAGE CORPORATION-CORP | 30500 Bruce Industrial Pkwy | | | Solon | OH | 44139 | | 5929 | $45,011.62 | Claim | $130 |
| BOSE CORPORATION | THE MOUNTAIN | | | FRAMINGHAM | MA | 01701-9168 | | 6726 | $45,000.00 | Court Order | $130 |
| LARGUS INC. | 5911 Schaefer Ave | | | Chino | CA | 91710 | | 5 | $44,996.00 | Claim | $129 |
| JETTA COMPANY LTD. | 19 On Kui St | On Lok Tsuen | | Fanling | | | Hong Kong | 901 | $44,810.48 | Claim | $129 |
| BARRY H JACOBSEN | 8 REDONDO LN | | | HOT SPRINGS VILLAGE | AR | 71909 | | | $44,320.50 | MOR | $128 |
| WOODRUFF-SAWYER & CO. - CORP | P.O. BOX 45057 | | | SAN FRANCISCO | CA | 94145-9950 | | | $44,030.70 | MOR | $127 |
| Georgia Department of Revenue | PO Box 161108 | | | Atlanta | GA | 30321 | | 771 | $43,618.39 | Claim | $126 |
| AMERICAN EXPRESS | AMERICAN EXPRESS INCENTIVE SERVICES LLC | D.B.A. SELECT STAFFING | 1400 S HWY DR | LOS ANGELES | CA | 90060-0607 | | | $38,271.79 | MOR | $110 |
| SONGBIRD HEARING INC. | 5 CEDAR BROOK DRIVE | | | CRANBURY | NJ | 008512 | | 379 | $42,347.22 | Claim | $122 |
| MACQUIRE EQUIPMENT FINANCE | GPO DRAWER 67-565 | | | DETROIT | MI | 48267 | | | $41,387.22 | MOR | $119 |
| METRO DOOR -CORP | 800 Red Brook Blvd | | | Owings Mills | MD | 21117 | | 696 | $41,071.64 | Claim | $118 |
| GGP-OTAY RANCH, LP | 4898 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | | | $41,057.22 | LL Claim | $118 |
| Macarthur shopping center | 200 E Long Lake Rd | | | Bloomfield Hills | MI | 48304 | | 334 | $40,043.24 | Claim | $115 |
| BANK OF THE WEST | C/O PASSPORT LEASING INC. | P.O. BOX 4002 | | CONCORD | CA | 94524-4002 | | | $38,339.85 | MOR | $111 |
| SELECT PERSONNEL SERVICES | D.B.A. SELECT STAFFING | P.O. BOX 60607 | | LOS ANGELES | CA | 90060-0607 | | | $38,271.79 | MOR | $110 |
| WINTHROP RESOURCES CORPORATION | PO BOX 650 | | | HOPKINS | MN | 55343-0650 | | | $36,671.06 | MOR | $106 |
| PEAK TECHNOLOGIES | 10330 Old Columbia Rd Ste 200 | | | Columbia | MD | 21046 | | 4858 | $36,585.76 | Claim | $105 |
| STERN PINBALL, INC. | 2020 JANICE AVENUE | | | MELROSE PARK | IL | 60160 | | | $36,550.00 | MOR | $105 |
| OKO INTERNATIONAL | 336 SOUTH POWERLINE ROAD | | | DEERFIELD BEACH | FL | 33442 | | | $36,468.59 | MOR | $105 |
| WILEY, REIN & FIELDING | 1776 K St NW | | | Washington | DC | 20006 | | 610 | $36,452.70 | Claim | $105 |

Allowed Unsecured Claims Schedule

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Allowed Amount of Claim | Basis of Claim | Anticipated Distribution Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SILCON INNOPRODUCTS LTD. | C1 6th Fl | Hong Kong Industrial Centre | 489 491 Castle Peak Rd | Kowloon | | | Hong Kong | 33 | $36,096.00 | Claim | $104 |
| DHL WORLDWIDE EXPRESS | PO BOX 730412 | | | DALLAS | TX | 75373-0412 | | | $36,032.58 | MOR | $104 |
| AMERICAN LIST COUNSEL,INC.-CORP | 4300 US Highway 1 Bldg 2 CN 5219 | | | Princeton | NJ | 08540-5706 | | 2165 | $35,306.04 | Claim | $102 |
| NASDAQ, INC. -CORP | P.O. BOX 7777-W8130 | | | PHILADELPHIA | PA | 19175-8130 | | | $35,000.00 | MOR | $101 |
| COREMETRICS, INC | 1840 Gateway Blvd Ste 320 | | | San Mateo | CA | 94404 | | 164 | $34,902.00 | Claim | $101 |
| Barry W Burt Esq SVP | 5897 Windward Pkwy Ste 200 | | | Alpharetta | GA | 30005-2045 | | 319 | $34,850.00 | Claim | $100 |
| State of Florida Department of Revenue | Post Office Box 6668 | | | Tallahassee | FL | 32314-6668 | | 297 | $34,833.64 | Claim | $100 |
| UNDER SAIL MARKETING, LLC | 17 THOMPSON ST | | | ANNAPOLIS | MD | 21401 | | | $34,670.00 | MOR | $100 |
| CPG PARTNERS, L.P. | TENANT ID: WC-SHARPE | P.O. BOX 827727 | | PHILADELPHIA | PA | 19182-7727 | | | $33,402.46 | LL Claim | $96 |
| EXPERIAN MARKETING SOLUTIONS | 21221 NETWORK PLACE | | | CHICAGO | IL | 60673-1212 | | | $33,140.44 | MOR | $95 |
| C T CORPORATION SYSTEM -CORP | JAF STATION | P.O.BOX 1421 | | NEW YORK | NY | 10116-1421 | | | $33,055.00 | MOR | $95 |
| New Orleans Riverwalk Associates | General Growth Properties Inc | 110 N Wacker St BSC 1 26 | | Chicago | IL | 60606 | | 1483 | $32,962.71 | Claim | $95 |
| Federico De Bellegarde | 400 Bauer Pl | | | Mineola | NY | 11501 | | 461 | $32,921.31 | Claim | $95 |
| RIGHT NOW TECHNOLOGIES | 136 ENTERPRISE BLVD | PO BOX 9300 | | BOZEMAN | MT | 59718 | | | $32,416.79 | MOR | $93 |
| SAN FRANCISCO TAX CONTROLLER | P.O. BOX 7425 | | | SAN FRANCISCO, | CA | 94120-7425 | | | $32,332.97 | MOR | $93 |
| JB RESEARCH, INC. | 9062 ROSECRANS AVE | | | BELLFLOWER | CA | 90706 | | | $32,310.89 | MOR | $93 |
| CARRERA OF AMERICA INC | PO Box 2102 | | | Cranbury | NJ | 08512 | | 752 | $32,196.23 | Claim | $93 |
| KUNNEX INCORPORATE | Fl 12 No 17 Wu Chuan Rd | Wu Ku Industrial Zone | | Taipei | | | Taiwan | 917 | $31,130.40 | Claim | $90 |
| Ludmila Romasenko | 2076 16th Ave | | | San Francisco | CA | 94116 | | 2014 | $31,000.00 | Claim | $89 |
| Great Mall of Milpitas | c o Simon Property Group Inc | 225 W Washington St | | Indianapolis | IN | 46204 | | 2636 | $30,973.04 | Claim | $89 |
| MOBILE-SHOP | 5089 WESTERVILLE RD. | | | COLUMBUS | OH | 43231 | | | $30,100.00 | MOR | $87 |
| Edward Carrion | 51 Orchard Ln | | | Berkeley Heights | NJ | 07922 | | 6551 | $30,000.00 | Claim | $86 |
| CONNECTION | 11351 Rupp Dr | | | Burnsville | MN | 55337 | | 107 | $30,000.00 | Court Order | $86 |
| RIMM-KAUFMAN GROUP, LLC | BOX 8025 | | | CHARLOTTESVILLE | VA | 22906 | | | $29,756.17 | MOR | $86 |
| WHITE BEAR TECHNOLOGIES, INC. | 900 Long Lake Rd Ste 110 | | | New Brighton | MN | 55112 | | 165 | $29,165.00 | Claim | $84 |
| TECHNASONIC ELECTRONICS, INC. | 3420 W Touhy Ave | | | Lincolnwood | IL | 60712 | | 137 | $28,477.06 | Claim | $82 |
| Joseph Tsang | 1005 Pearl St | | | Alameda | CA | 94501 | | 202 | $28,258.67 | Claim | $81 |
| OMNITURE, INC. | 550 EAST TIMPANOGOS | | | OREM | UT | 84097 | | | $27,964.29 | MOR | $81 |
| HEROKA INDUSTRIES LMTD. | 1F Rm 106 Hung Tai Industrial Bldg | 37 39 Hung To Road | Kwun Tong | Kowloon | | Hong Kong | China | 640 | $27,960.00 | Claim | $81 |
| CORNERSTONE TECHNOLOGIES, LLC | 718 UNIVERSITY AVE | SUITE 110 | | LOS GATOS | CA | 95032 | | 4064 | $27,896.15 | MOR | $80 |
| JORST INTERNATIONAL DI-ZAINS | 590 LAKESHORE DRIVE | | | INCLINE VILLAGE | NV | 89451 | | 280 | $27,756.89 | MOR | $80 |
| NEW YORK CITY DEPT OF FINANCE | P.O. BOX 5150 | | | KINGSTON | NY | 12402-5150 | | | $26,660.00 | MOR | $77 |
| APX LOGISTICS, INC. | 13394 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693 | | | $26,577.92 | MOR | $77 |
| GI Cupertino Ltd | C/O CB RICHARD ELLIS, INC. | 911 EAST COLORADO BLVD,STE 210 | | PASADENA | CA | 91106-1700 | | | $26,124.02 | LL Claim | $75 |
| SOUTHWESTERN MOTOR TRANSPORT | 4600 Goldfield | | | San Antonio | TX | 78218 | | 5897 | $26,104.68 | Claim | $75 |
| PRODYNE | 9611 SANTA ANITA AVE | | | RANCHO CUCAMONGA | CA | 91730 | | | $26,035.59 | MOR | $75 |
| DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE | GPO | P. O. BOX 26367 | | NEW YORK | NY | 10087-6367 | | | $25,997.17 | MOR | $75 |
| Douglas C Atkinson | 3138 BRENT COURT | | | CASTRO VALLEY | CA | 94546 | | | $25,976.21 | Claim | $75 |
| ALLIEDBARTON SECURITY SERVICES | PO BOX 828854 | | | PHILADELPHIA | PA | 19182-8854 | | | $25,334.78 | MOR | $73 |
| RED STAR TRADERS, LLC | Richer & Overholt PC | 901 W Baxter Dr | | South Jordan | UT | 84095 | | 347 | $25,257.10 | Claim | $73 |
| JAVALOGICA CORPORATION | 909 6th Ave N | | | Saint Cloud | MN | 56303 | | 234 | $24,920.00 | Claim | $72 |
| REDLINE SOLUTIONS | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 6416 | $24,794.00 | Claim | $71 |
| TACTICA INTL INC. | P.O. BOX 26367 | | | NEW YORK | NY | 10087-6367 | | | $24,666.24 | MOR | $71 |
| RICE, ROBERT | 3138 BRENT COURT | | | CASTRO VALLEY | CA | 94546 | | | $24,525.00 | MOR | $71 |
| ITOY INC (HK) LIMITED | 905 KING STREET WEST | SUITE 700 | | TORONTO | | M6K 3G9 | CANADA | | $24,460.80 | MOR | $71 |
| EPSILON DATA MANAGEMENT | ADS Alliance Data Systems Inc | 17655 Waterview Pkwy | | Dallas | TX | 75252 | | 5907 | $24,034.95 | Claim | $69 |
| SHOPZILLA.COM | 12200 W Olympic Blvd Ste 300 | | | Los Angeles | CA | 90064 | | 649 | $24,000.64 | Claim | $69 |
| GILBERT WEST | 6725 KIMBALL AVE | | | CHINO | CA | 91710 | | 5903 | $23,325.35 | Claim | $67 |
| ADVANSTAR COMMUNICATIONS, INC. | P.O. BOX 64584 | | | ST. PAUL | MN | 55164 | | | $23,026.00 | MOR | $66 |
| AJB SOFTWARE DESIGN INC. | 185 THE WEST MALL, STE 1100 | | | TORONTO | ON | M9C 5L5 | CANADA | | $22,930.00 | MOR | $66 |
| MGM MIRAGE | ATTN: MARTHA THOMPSON | P.O. BOX 77123 | | LAS VEGAS | NV | 89193-7123 | | | $22,737.50 | MOR | $65 |
| Dale Shepherd | 1633 Highland Dr | | | Newport Beach | CA | 92660 | | 1893 | $22,649.62 | Claim less priority wages paid | $65 |
| CENTRAL STATION | 2300 EDNA ST | | | EL CERRITO | CA | 94530 | | 2065 | $22,610.00 | Claim | $65 |
| CIT Financial Financing | 800 E Sonterra Blvd Ste 240 | | | San Antonio | TX | 78258 | | 405 | $22,176.06 | Claim | $64 |
| HORTON PLAZA LP | BANK OF AMERICA | LOCK BOX FILE #55708 | | LOS ANGELES | CA | 90074-5708 | | | $21,504.67 | LL Claim | $62 |
| BRIDGEWATER COMMONS MALL, LLC | PO BOX 64001 | | | BALTIMORE | MD | 21264-4001 | | | $21,479.69 | LL Claim | $62 |
| CHINA PATENT AGENT., LTD. | 22F Great Eagle Centre | 23 Harbour Rd | | Wanchai | | | Hong Kong | 7041 | $21,233.70 | Claim | $61 |

Allowed Unsecured Claims Schedule

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Allowed Amount of Claim | Basis of Claim | Anticipated Distribution Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CYTIVA INC. | 1565 Hotel Circle South Ste 310 | | | San Diego | CA | 92108 | | 653 | $21,200.00 | Claim | $61 |
| D&B | PO Box 5126 | | | Timonium | MD | 410-773-4089 | | 432 | $20,854.50 | Claim | $60 |
| VERISIGN, INC. | PO Box 840849 | | | Dallas | TX | 75284-0849 | | | $20,680.00 | Claim | $60 |
| NEXTAG | 1300 S. EL CAMINO REAL 6TH FL | | | SAN MATEO | CA | 94402 | | 2199 | $20,653.23 | MOR | $60 |
| DAVID KATZ CONSULTING -CORP | 968 WILSON RD | | | ASHLAND | OR | 97520 | | 359 | $20,162.50 | Claim | $58 |
| Kenneth L St John | 6128 N Park Ave | | | Indianapolis | IN | 46220 | | 4427 | $19,852.88 | Claim | $57 |
| ATI | | 1350 Ocean Ave | | Emeryville | CA | 94608 | | 5530 | $19,826.83 | Claim | $57 |
| CHAGRIN RETAIL, LLC | PO BOX 643414 | | | CINCINNATI | OH | 45264-3414 | | | $19,585.00 | LL Claim | $56 |
| PHILIPS ACCESSORIES | PO BOX 404547 | | | ATLANTA | GA | 30384-4547 | | | $19,532.28 | MOR | $56 |
| RUST CONSULTING, INC. | 625 MARQUETTE AVE. | SUITE 880 | | MINNEAPOLIS | MN | 55402-2469 | | | $19,524.40 | MOR | $56 |
| 1308 SIMON PROPERTY GRP, LP | 1708 MOMENTUM PLACE | | | CHICAGO | IL | 60689-5317 | | | $19,083.79 | MOR | $55 |
| 4822-BELLWETHER PROPERTY OF | MASSACHUSETTES, NEWARK POST OFFICE, PO BOX 35460 | | | NEWARK | NJ | 07193 | | | $18,917.41 | MOR | $55 |
| CONTAINER FREIGHT | P.O. BOX 900 | | | LONG BEACH | CA | 90801 | | | $18,881.25 | MOR | $54 |
| Pitney Bowes Credit Corporation | 27 Waterview Dr | | | Shelton | CT | 06484-4361 | | 592 | $18,866.37 | Claim | $54 |
| BANCROFT & MCALISTER/-CORP | 2121 No California Blvd Ste 290 | | | Walnut Creek | CA | 94596 | | 5543 | $18,452.50 | Claim | $53 |
| William Lee Feroe | 151 Elm Ave | | | Larkspur | CA | 94939 | | 276 | $18,427.26 | Claim | $53 |
| PRICEGRABBER.COM, LLC | 5150 Goldleaf Cir 2nd Fl | | | Los Angeles | CA | 90056 | | 1371 | $18,421.29 | Claim | $53 |
| CENTERPOINT ENERGY ARKLA | PO Box 1700 | | | Houston | TX | 77251 | | 541 | $18,367.12 | Claim | $53 |
| SOMERSET COLLECTION L.P. | 100 GALERIA OFFICENTRE #427 | P. O. BOX 667 | | SOUTHFIELD | MI | 48037 | | | $18,358.53 | LL Claim | $53 |
| Bayside Center Partnership | General Growth Properties Inc | 110 N Wacker Dr BSC 1 26 | | Chicago | IL | 60606 | | 1091 | $18,323.17 | Claim | $53 |
| BILLET CONSTRUCTION MGMT. CORP | 16661 N St Rd 3 | | | Eaton | IN | 47338 | | 699 | $18,303.00 | Claim | $53 |
| Picor real estate consultants | 1100 N WILMOT STE 200 | | | TUCSON | AZ | 85712 | | 5285 | $18,150.00 | Claim | $52 |
| ITA GROUP - CORP | 4800 WESTOWN PARKWAY | SUITE 300 | | WEST DES MOINES | IA | 50266-6770 | | | $18,086.72 | MOR | $52 |
| William Day | PO Box 4395 | | | Apache Junction | AZ | 85278 | | 7031 | $18,046.90 | Claim | $52 |
| Cheri A Ginsberg | 209 West 40th Ave | | | San Mateo | CA | 94403 | | 1474 | $17,957.23 | Claim | $52 |
| CENTERPOINT MARKETING, INC. -CORP | 1754 TECHNOLOGY DR #242 | | | SAN JOSE | CA | 95110 | | | $17,789.42 | MOR | $51 |
| BEYONDWORK INC -CORP | 375 RIVERTOWN DRIVE | | | WOODBURY | MN | 55125 | | | $17,769.99 | MOR | $51 |
| STONERIDGE PROPERTIES, LLC | DEPARTMENT 58101 | PO BOX 67000 | | DETROIT | MI | 48267-0581 | | | $17,760.80 | LL Claim | $51 |
| Alicia McNamara Grott | 4119 W Barry | | | Chicago | IL | 60641 | | 5698 | $17,626.49 | Claim | $51 |
| BILTMORE SHOPPING CENTER | P.O. BOX 29340 | | | PHOENIX | AZ | 85038-9340 | | | $17,586.56 | MOR | $51 |
| KENT BARBER | 480 DIAMOND ST | | | SAN FRANCISCO | CA | 94114 | | 4197 | $17,539.24 | Claim less priority wages paid | $51 |
| Alan L Hutcheson | 2719 E Elmwood St | | | Mesa | AZ | 85213 | | 54 | $17,515.00 | Claim | $50 |
| RELIANT ENERGY ARKLA | PO Box 1409 | | | Houston | TX | 77251-1409 | | 605 | $17,407.10 | Claim | $50 |
| COHESO, INC. | 5700 Stoneridge Mall Rd Ste 240 | | | Pleasanton | CA | 94588 | | 299 | $17,280.00 | Claim | $50 |
| MyPoints.com Inc | 475 Martingale Rd Ste 100 | | | Schaumburg | IL | 60173 | | 383 | $17,270.00 | Claim | $50 |