IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
In re:                                                           :    Chapter 11
                                                                 :
TSIC, Inc. f/k/a Sharper Image Corporation,[1]                   :    Case No. 08-10322 (KG)
                                                                 :
Debtor.                                                          :
                                                                 :
                                                                 :    Re Dkt #2538
-----------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

Pursuant to that (i) *Order Granting Joint Motion of the Debtor and the Official Committee of Unsecured Creditors, Pursuant to Sections 105(a), 305(a), and 1112(b) of the Bankruptcy Code, For Entry of an Order (I) Approving Procedures for (a) the Distribution of Certain Funds to Holders of Allowed Unsecured Claims, (b) the Dismissal of the Debtor's Chapter 11 Case, and (c) the Disallowance of Certain Gift Card Claims and (II) Granting Certain Related Relief* (the "Approval Order"),[2] entered on August 13, 2012 and (ii) *Certification of Counsel and Request for Entry of an Order Dismissing Chapter 11 Case*, filed on December 21, 2012, it is

ORDERED, ADJUDGED AND DECREED THAT:

1.  Pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, the Debtor's chapter 11 case is hereby dismissed.

2.  Notwithstanding section 349 of the Bankruptcy Code, all orders of the Court entered in this chapter 11 case shall survive the dismissal of this chapter 11 case.

---

[1] The address of the Debtor's principal executive offices is 1255 Treat Blvd, Suite 300, Walnut Creek, California 94597. The Debtor's EIN is 94-2493558.

[2] Capitalized terms used herein and not defined shall have the meanings ascribed to them in the Approval Order.

WCSR 7593093V1

3. TSIC is authorized to take the following actions: (i) destroy all business records, (ii) file its final tax return, and (iii) dissolve its corporate structure.

4. To the extent not already paid, the Debtor shall remit to the Office of the U.S. Trustee all amounts due under 28 USC section 1930(a)(6) no later than five days after entry of this order.

5. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the implementation of any order of the Court entered in this chapter 11 case.

Dated: December 27, 2012
Wilmington, Delaware

Honorable Kevin Gross
Chief United States Bankruptcy Judge